HARRY L. STANLEY, Respondent, v. CHRIS CRAFT CORPORATION, Appellant.— In an action for breach of contract for the sole agency of defendant's boats in a

specified territory, order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. The construction of the contract must await the trial, where facts showing the intent of the parties may be elicited. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.